# United States Court of Appeals
### For the Eighth Circuit
_____

No. 14-3552
_____

William Simpson Edwards

*Plaintiff - Appellant*

v.

Stephen E. Sparks

*Defendant - Appellee*

John Boilingcamp

*Defendant*

Nancy Roth; John Hawk; Rebecca Bowker; Dave DeGrange; Harbans Deol;
Coleen Kascel; Deb Nichols; Nick Ludwick; William Sperflage; Sheryl Dahm;
John Baldwin

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines
_____

Submitted: May 1, 2015
Filed: May 5, 2015
[Unpublished]
_____

Before COLLOTON, BYE, and SHEPHERD, Circuit Judges.
_____

PER CURIAM.

Inmate William Simpson Edwards appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. We agree with the district court's well-reasoned determination that the summary judgment record did not reveal any genuine issues of material fact. See Allard v. Baldwin, 779 F.3d 768, 771 (8th Cir. 2015) (de novo review). Because we find no basis for reversal, and Edwards offers none, we affirm the judgment of the district court. See 8th Cir. R. 47B.

———————————————————

---

[1]The Honorable Helen C. Adams, United States Magistrate Judge for the Southern District of Iowa, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).